STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. EDWARD A. DEVLIN, JR., DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Augustine A. Repetto* and *Mr. Ernest M. Curtis* for the petitioner.

*Messrs. Van Riper & Belmont* and *Mr. Frederic C. Ritger, Jr.* for the respondent.

April 13, 1964. Denied.

FORMIGLIO CORPORATION, PLAINTIFF-RESPONDENT, v. PRINCETON RECREATION CENTER, INC., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Alan H. Bernstein* for the petitioner.

*Messrs. Schiff, Cummis & Kent* and *Mr. Steven S. Radin* for the respondent.

April 13, 1964. Denied.